[No. 36441-3-I.   Division One.   December 11, 1995.]

THE CITY OF AUBURN, *Respondent*, v. DOUGLAS J. BAER, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-01542-1, Deborah Juarez, J., entered March 17, 1995. *Reversed* by unpublished per curiam opinion.

[No. 14055-5-III.   Division Three.   December 14, 1995.]

MARTHA C. O'BRIEN, *Appellant*, v. MICHAEL MORAN, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-04033-1, Marcus M. Kelly, J., entered May 4, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 33015-2-I.   Division One.   December 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00612-4, Arthur E. Piehler, J., entered July 6, 1993. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Agid, JJ.

[No. 33058-6-I.   Division One.   December 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EMILIANO GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01158-6, Joseph A. Thibodeau, J., entered July 13, 1993. *Dismissed* by unpublished per curiam opinion.